**Fill in this information to identify your case:**

Debtor 1: **Rosemarie Repici Riley**
First Name / Middle Name / Last Name

Debtor 2: 
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known):

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Bank of America
P.O. Box 982238
El Paso, TX 79998

What is the nature of the claim?  Credit Card  $ $1,600.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
  Value of security:  - $
  Unsecured claim  $

Contact
Contact phone

**2**
Best Egg
P.O. Box 42912
Philadelphia, PA 19101

What is the nature of the claim?  Personal Loan  $ $25,102.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
  Value of security:  - $
  Unsecured claim  $

Contact
Contact phone

Debtor 1  **Rosemarie Repici Riley**  Case number *(if known)*

| | |
|---|---|
| Contact | ■ No |
| | ☐ Yes. Total claim (secured and unsecured) $ |
| | Value of security: - $ |
| Contact phone | Unsecured claim $ |

---

**7**

**FNB Omaha**
**P.O. Box 3412**
**Omaha, NE 68197**

What is the nature of the claim?    **Credit Card**    $ **$16,713.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $

Contact
Contact phone    Unsecured claim $

---

**8**

**JPMCB Card Services**
**P.O. Box 15369**
**Wilmington, DE 19850**

What is the nature of the claim?    **Credit Card**    $ **$15,814.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $

Contact
Contact phone    Unsecured claim $

---

**9**

**JPMCB Card Services**
**PO Box 15369**
**Wilmington, DE 19850**

What is the nature of the claim?    **Credit Card**    $ **$4,100.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $

Contact
Contact phone    Unsecured claim $

---

**10**

**Legend Properties, Inc.**
**1000 Fayette Street**
**Conshohocken, PA 19428**

What is the nature of the claim?    **Realtors**    $ **$187,712.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Rosemarie Repici Riley**                                   Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
         Value of security:                  - $
         Unsecured claim                       $

Contact

Contact phone

---

**11**

**The Home Depot/CBNA**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

What is the nature of the claim?   **Credit Card**        $ **$9,366.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
         Value of security:                  - $
         Unsecured claim                       $

Contact

Contact phone

---

**12**

**Universal CD CBNA**
**P.O. Box 6241**
**Sioux Falls, SD 57117**

What is the nature of the claim?   **Credit Card**        $ **$23,100.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
         Value of security:                  - $
         Unsecured claim                       $

Contact

Contact phone

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **Rosemarie Repici Riley**                         X
   Signature of Debtor 1                                 Signature of Debtor 2

Date  **September 23, 2020**                           Date

Debtor 1  Rosemarie Repici Riley    Case number (if known)

☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes  Total claim (secured and unsecured)  $
       Value of security:                    -$
       Unsecured claim                        $

Contact
Contact phone

Universal CD CBNA
P.O. Box 6241
Sioux Falls, SD 57117

What is the nature of the claim?    Credit Card    $ $23,100.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
       Value of security:                    -$
       Unsecured claim                        $

Contact
Contact phone

Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  Rosemarie Repici Riley, (POA)
Signature of Debtor 1

X  Signature of Debtor 2

Date  September 23, 2020    Date