# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Rosemarie Repici Riley**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 23, 2020**

*Owen M. Riley, III (POA)*
**Rosemarie Repici Riley**
Signature of Debtor

```
Bank of America
P.O. Box 982238
El Paso, TX 79998



BB&T



Best Egg
P.O. Box 42912
Philadelphia, PA 19101



Capital One Bank USA, N.A.
P.O. Box 30281
Salt Lake City, UT 84130



CBRE



FirstMark/Citizens
121 South 13th Street
Lincoln, NE 68508



FNB Omaha
P.O. Box 3412
Omaha, NE 68197



JPMCB Card Services
PO Box 15369
Wilmington, DE 19850



Legend Properties, Inc.
1000 Fayette Street
Conshohocken, PA 19428
```

```
Montgomery County Tax Claim Bureau
Attn: Mary Ann
One Montgomery Plaza
Suite 600
Norristown, PA 19401


Nationstar Mortgage, LLC
350 Highland
Houston, TX 77067


OGR Enterprises, Inc.
Attn: Owen Riley, Owner


Robert P. Johns, III, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103


The Home Depot/CBNA
P.O. Box 6497
Sioux Falls, SD 57117


Universal CD CBNA
P.O. Box 6241
Sioux Falls, SD 57117


Univest Bank and Trust Co.
14 N. Main Street
Souderton, PA 18964


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306
```